UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHA VISCONTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNIL GARG, et al.<br><br>　　　　　Defendants. | No. 2: 2:23-cv-00980-DAD-CKD PS<br><br>ORDER TO SHOW CAUSE |

On May 24, 2023, plaintiff, proceeding without counsel, filed the instant action, paid the filing fee, and was given summonses and an initial scheduling order by the Clerk of Court.[1] (See ECF Nos. 1, 2, 3, 4.) The scheduling order required plaintiff to serve defendants within 90 days, and by 10 days after, "file with the Clerk a certificate reflecting such service." (See ECF No. 4 at ¶ 2.) This is also required by Rule 4 of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Despite the deadline, the record does not reflect that plaintiff has attempted service on defendants. Thus, plaintiff's complaint is on the verge of being dismissed.

---

[1] As such, this matter was referred to the undersigned under Local Rule 302(c)(21).

1

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall file a statement with the court indicating the status of service, or any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4;

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of plaintiff's case without prejudice.

Dated: October 13, 2023

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

21, visc.0980